**STATE of Missouri, Respondent,**

v.

**Tony HONKINS, a/k/a Yule Hobson, Appellant.**

**Tony HONKINS, a/k/a Yule Hobson, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 66822.

Missouri Court of Appeals,
Eastern District,
Division One.

July 30, 1996.

Raymund J. Capelvotich, Asst. Public Defender, St. Louis, for appellate.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Tony Honkins ("defendant"), appeals from the judgment of conviction for tampering in the first degree, RSMo

§ 569.080.1(2) (1986), entered by the Circuit Court of the City of St. Louis after a trial by jury.[1] We affirm.

We have reviewed the briefs of the parties and the legal file and find no error. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b). A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our decision. *State v. Gaines,* 807 S.W.2d 678 n. 1 (Mo.App. E.D. 1991).

1. Defendant did not brief any issues with respect to the denial of his Rule 29.15 motion after an

evidentiary hearing; accordingly, appeal from that judgment is deemed abandoned.